

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00014-CR

Luis **MARQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5801
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

The State's appellee's brief was originally due on August 24, 2020. The State has been granted one extension of time in which to file its brief, until September 23, 2020. On September 23, 2020, the State filed its second request for a thirty-day extension and asserts it will request no further extensions. The Motion for Extension of Time to File State's Brief is GRANTED. The State's brief is due no later than October 20, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court